**Order entered January 26, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00755-CV

### SAM C. TAMBORELLO, Appellant

### V.

### TOWN OF HIGHLAND PARK, TEXAS, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06613**

### ORDER

The clerk's record in this case is overdue. By letter dated January 8, 2021, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. On January 20, 2021, appellant filed a docketing statement. In that statement, he indicated that he requested the clerk's record on January 6, 2021

and made arrangements to pay for the clerk's record the same day. Appellant did not indicate that he is unable to pay for the cost of the record on appeal.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **THIRTY DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellant has not paid for or made arrangements to pay for the clerk's record. We **caution** appellant that if we receive verification from the Dallas County District Clerk that he has not paid for or made arrangements to pay for the clerk's record, we may dismiss this appeal without further notice. *See* TEX. R. APP. P. 37.3(b).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE